# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0685

_____

MARTHA C. SPOONER,

    Petitioner,

v.

WALT MCNEIL
LEON COUNTY SHERIFF'S OFFICE,

    Respondent.

_____

Petition for Writ of Habeas Corpus–Original Jurisdiction.

February 27, 2018

PER CURIAM.

    The petition for writ of habeas corpus is denied on the merits.

MAKAR, OSTERHAUS, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Candice Brower, Criminal Conflict & Civil Regional Counsel, and Angela M. Senich, Assistant Regional Counsel, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, and Caroline Johnson Levine, Assistant Attorney General, Tallahassee, for Respondent.